1468

## CASE ANNOUNCEMENTS

*January 17, 2008*

[Cite as *01/17/2008 Case Announcements,* 2008-Ohio-123.]

## MOTION AND PROCEDURAL RULINGS

**2005–1656.   State v. Davis.**
Licking C.P. No. 04 CR 464. This cause came on for further consideration of appellant's motion for stay of execution scheduled for April 2, 2008. Upon consideration thereof,

It is ordered by the court that the motion is granted.

It is further ordered that this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

It is further ordered that counsel for appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before the courts of this state have been exhausted.

**2007–0558.   Wilborn v. Bank One Corp.**
Mahoning App. No. 04–MA–182, 2007-Ohio-596. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of the motion of appellants and amicus curiae State of Ohio for divided argument time for the oral argument scheduled for March 11, 2008,

It is ordered by the court that the motion is granted, and the amicus curiae shall share the time allotted to appellants.

**2008–0077.   State ex rel. George v. Burnside.**
Cuyahoga App. No. 90531, 2007-Ohio-6632. This cause was filed as a discretionary appeal. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and should proceed as an appeal of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Cuyahoga County, and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2007–1969.   State v. Craft.**
Butler App. No. CA2006–06–145, 2007-Ohio-4116. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due January 11, 2008, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–0029.   State ex rel. Gilbert v. Cincinnati.**
Hamilton App. No. C–070166, 2007-Ohio-6332.